IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| MCG LIMITED PARTNERSHIP, *et al.,*[1] | Case No. 12-13042 (CSS) |
| Debtors. | (Jointly Administered) |
| | Adv. Pro. No. |
| Alfred T. Giuliano, in his capacity as Chapter 7 Trustee for MCG LIMITED PARTNERSHIP, *et al.,* | [See Exhibit A Attached to Proposed Order] |
| Plaintiff, | |
| v. | |
| | **Hearing Date: October 22, 2014 @ 10:30 a.m.** |
| [See Exhibit A Attached to Proposed Order] | **Objection Deadline: October 15, 2014 @ 4:00 p.m.** |
| Defendants. | |

**NOTICE OF MOTION OF THE CHAPTER 7 TRUSTEE FOR ENTRY OF AN
ORDER ESTABLISHING PROCEDURES GOVERNING ASSOCIATED
ADVERSARY PROCEEDINGS BROUGHT PURSUANT TO 11 U.S.C. §§ 547 & 550**

---

1.      The Debtors in these chapter 7 cases, along with the last four (4) digits of each Debtor's federal tax identification number, where applicable, are: MCG Limited Partnership f/k/a Monitor Company Group Limited Partnership, a Delaware limited partnership (2729); MCG Network LLC f/k/a Global Business Network LLC, a Delaware limited liability company (3768); MCG International Holdings LLC f/k/a Monitor Company Group International Holdings LLC, a Delaware limited liability company (0382); TMC Investors, LLC, a Delaware limited liability company (8206); MCG Intl., LLC f/k/a Monitor Company Intl., LLC, a Delaware limited liability company (8207); MCG Latin America, LLC f/k/a Monitor Company Latin America, LLC, a Delaware limited liability company (9512); MCG Services, LLC f/k/a Monitor Company Services, LLC, a Delaware limited liability company (3371); MCG Asia Pacific, LLC f/k/a Monitor Company Asia Pacific, LLC, a Delaware limited liability company (7839); MCG Foreign Government Services, LLC f/k/a Monitor Group Foreign Government Services, LLC, a Delaware limited liability company (2731); MCG Government Services, LLC f/k/a Monitor Group Government Services, LLC, a Delaware limited liability company (0337); MCG International, Inc. f/k/a Monitor International, Inc., a Massachusetts corporation (8656); MCG-MS, LLC f/k/a Marketspace, LLC, a Delaware limited liability company (3314); MAST Services LLC, a Delaware limited liability company (7605); MCG CIS LLC f/k/a Monitor Group CIS LLC, a Delaware limited liability company (2967); New Strategic Oxygen, LLC, a Delaware limited liability company (7645); MCG Mexico LLC f/k/a Monitor Group Mexico LLC, a Delaware limited liability company (6723); MCG Institute, LLC f/k/a Monitor Institute, LLC, a Delaware limited liability company (3861); MCG Customer LLC f/k/a Market2Customer LLC, a Delaware limited liability company (7402); MCG Federal Government Services LLC f/k/a Monitor Federal Government Services LLC, a Delaware limited liability company (7471); MDOB Inc. f/k/a Doblin Inc., an Illinois corporation (9817). The Debtors' mailing address is Two Canal Park, Cambridge, MA 02141.

**PLEASE TAKE NOTICE** that the Chapter 7 Trustee for the above-captioned debtors (the "Debtors"), filed a motion (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court") for entry of an order establishing procedures governing, among other things, litigating, mediating and settling the adversary proceedings filed in these Chapter 7 cases.  You are being served a copy of the Motion in conjunction with this Notice.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served upon, so as to actually be received by the undersigned proposed counsel for the Trustee on or before **October 15, 2014, at 4:00 p.m.** prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that if any objection is filed, a hearing on the Motion may be held before the Honorable Christopher S. Sontchi, in the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801, **on October 22, 2014, at 10:30 a.m.** prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed in accordance with the procedures enumerated above, the Bankruptcy Court may enter an Order without further notice or hearing.

Dated: September 22, 2014

**COOPER LEVENSON, P.A.**
   */s/ Eric A. Browndorf*
Eric A. Browndorf, Esq. (*pro hac vice*)
Mark A. Fiore, Esq.
1125 Atlantic Avenue; Atlantic City, NJ 08401
(p) 609-344-3161; (f) 609-572-7555
ebrowndorf@cooperlevenson.com
mfiore@cooperlevenson.com

-and-

Erin K. Brignola, Esq. (DE 2723)
30 Fox Hunt Drive, Bear, DE 19701
(p) 302-838-2600; (f) 302-838-1942
ebrignola@cooperlevenson.com

*Counsel to the Chapter 7 Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MCG LIMITED PARTNERSHIP (f/k/a Monitor Company Group Limited Partnership), *et al.*,[1]<br><br>          Debtors. | Chapter 7<br><br>Case No. 12-13042 (CSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: October 22, 2014 @ 10:30 P.M.**<br>**Objection Deadline: October 15, 2014 by 4 P.M.** |

### CERTIFICATION OF SERVICE

I, Margie Valles, Legal Assistant for the firm, hereby certify that on the dates of 10th, 11th, and 22nd of September, 2014 (listed below), I did cause a true and correct copy of Motion of the Chapter 7 Trustee for Entry of an Order Establishing Procedures Governing Associated Adversary Proceedings Brought Pursuant to 11 U.S.C. §§ 547 & 550 via first class mail, postage prepaid, upon each of the parties and counsel (see attached is the service list). Notice will also be filed electronically with the Court, where it is available for viewing and downloading from the Courts ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case.

**September 10, 2014**
Intranomics
J.E. Austin Associates, Inc.
Kendall Press

---

[1] The Debtors in these chapter 7 cases, along with the last four (4) digits of each Debtor's federal tax identification number, where applicable, are: MCG Limited Partnership f/k/a Monitor Company Group Limited Partnership, a Delaware limited partnership (2729); MCG Network LLC f/k/a Global Business Network LLC, a Delaware limited liability company (3768); MCG International Holdings LLC f/k/a Monitor Company Group International Holdings LLC, a Delaware limited liability company (0382); TMC Investors, LLC, a Delaware limited liability company (8206); MCG Intl., LLC f/k/a Monitor Company Intl., LLC, a Delaware limited liability company (8207); MCG Latin America, LLC f/k/a Monitor Company Latin America, LLC, a Delaware limited liability company (9512); MCG Services, LLC f/k/a Monitor Company Services, LLC, a Delaware limited liability company (3371); MCG Asia Pacific, LLC f/k/a Monitor Company Asia Pacific, LLC, a Delaware limited liability company (7839); MCG Foreign Government Services, LLC f/k/a Monitor Group Foreign Government Services, LLC, a Delaware limited liability company (2731); MCG Government Services, LLC f/k/a Monitor Group Government Services, LLC, a Delaware limited liability company (0337); MCG International, Inc. f/k/a Monitor International, Inc., a Massachusetts corporation (8656); MCG-MS, LLC f/k/a Marketspace, LLC, a Delaware limited liability company (3314); MAST Services LLC, a Delaware limited liability company (7605); MCG CIS LLC f/k/a Monitor Group CIS LLC, a Delaware limited liability company (2967); New Strategic Oxygen, LLC, a Delaware limited liability company (7645); MCG Mexico LLC f/k/a Monitor Group Mexico LLC, a Delaware limited liability company (6723); MCG Institute, LLC f/k/a Monitor Institute, LLC, a Delaware limited liability company (3861); MCG Customer LLC f/k/a Market2Customer LLC, a Delaware limited liability company (7402); MCG Federal Government Services LLC f/k/a Monitor Federal Government Services LLC, a Delaware limited liability company (7471); MDOB Inc. f/k/a Doblin Inc., an Illinois corporation (9817). The Debtors' mailing address is Two Canal Park, Cambridge, MA 02141.

Ajay Kohli
Lawson Software
Leverage Point Innovations
Lindsay, Stone & Briggs
Alan Martin
M.B.T.A.
Bernie Jaworksi
Jenny Johnston
Kristin Kimball
Val Kuhtarov
Laz Parking, LTD, Inc.
Liberty Mutual Group
MAash Group, LLC
Max Ultimate Food
Michael Porter, LLC
Mindfrog, LLC
Museum of the Moving Image
Nerve
Northpoint Construction
Oakwood Corporate Housing
Oyster International Inc.
PC Connection, Inc.
Proofpoint
Reed Smith, LLP
Management Associates
Paul Van Riper
Miles Wachendorf
Anthony Weeks
WestPrecinct
Willis of New York (NEWY)


**September 11, 2014**
100 Bayview, LLC
Aramark Refreshments Services
Ashley Ellis
Ballard Spahr, LLP
Benefit Strategies, LLC
Biogen IDEC
Joseph Boyle
Bryan Cave LLP
Cambria Consulting
Martin A. Cannon
Aflac
Arpin International, Inc.
Avaya
Beetrix
Binghman McCutchen, LLP
Eric Bonabeau
Brennan Dain Le Ray Wiest
Business Design Associates
Cambridge Radio Dispatch Inc.
Capital IQ, Inc.
Cannon Financial Services

Chestnut Hill Advisors
Connecticut General Life Insurance Company
Covington & Burling, LLP
Amy Cuddy
DB Solutions
Ravi Dhari
Dunhill Asset Services III, LLC
Elsevier, Inc.
Celegne
Coleman Research Group, Inc.
Conquest Advisors, LLC
CT Corporation
CW 111 East Wacker, LLC
Delta Dental
Dow Jones & Company, Inc.
Ester Dyson
Entertainment Center, LLC
Estee Lauder, Inc.
Flatiron Capital
FTI Consulting, Inc.
Gerson Lehrman Group
Marc Goodman
Christopher Gooley
James Haskett
Reed Holden
Euromonitor International, Inc.
Focus KPI, Inc.
Neil Gershenfeld
GFK Custom Research LLC
Goodwin Procter, LLP
Grail Research
Peter Hirshberg
Humana, Inc.
Innate Strategies
NE Copy Specialist, Inc.
New England Financial
Nathan Novemsky
Out for the Undergraduate Business Conf. Inc.
Partnership for Public Service, Inc.
Premiere Global Services, Inc.
Qessential
Research to Video
Rezmick Group, P.C.
Salesforce.com
Seamless Web Professionals Solutions, LLC
Sharp Advice, LLC
James Sintros
Smart Resources, Inc.
St. Benedict's Prep
Sucessfactors, Inc.
Sunstein, Kann Murphy & Timbe
Richo USA, Inc
Peter Schwartz
Seyfarth Shaw LLP

Clay Shirky
Slater CXS, LLC
Source Corp
Stern Executive Search
Sullivan and Worcester
Tammy Erickson Associates, Inc.
The August Jackson Company
The Martec Group
The Winvale Group
Thoughtspeed, LLC
Sherry Turkle
Unum Life Insurance Company
Jude UzonWanne
V&C Solutions, Inc.
WB Mason
The Claremont Resort and Spa
The Mergis Group
Mary Kelan Thomas
Thrive Consulting LLC
Unique/Active LLC
UPS

**September 22, 2014**
Timothy Graulich, Esquire
Damon P Meyers, Esquire
Delaware Secretary of State
Mark Chehi, Esquire
Robert A. Weber, Esquire
United States Attorney General
D. Ross Martin, Esquire
James M. Wilton, Esquire
Maria A. Milano, Esquire
Roger J. Higgins, Esquire
William J. Fallon & Associates
Delaware Department of Justice
Dennis A. Meloro, Esquire
Paul J. Keenan, Jr. Esquire
William D. Sullivan, Esquire
United States Attorney's Office
David B. Stratton, Esquire
Michael R. Lastowski, Esquire
Internal Revenue Service
Jarret P. Hitchings, Esquire
Alfred T. Giuliano, Chapter 7 Trustee
Warrant H. Smith & Associates
William P. Bowden, Esquire
Benjamin W. Keenen, Esquire
Internal Revenue Service
Kimberly A. Posin, Esquire
John P. Sieger, Esquire
Peter A. Siddiqui, Esquire

Jeremy W. Ryan, Esquire
Ryan M. Murphy, Esquire
Securities and Exchange Commission
Lisa R. Hatfield, Esquire
Richard L. Shecpacarter, Esquire
Mark D. Collins, Esquire
L. Katherin Good, Esquire
Securities and Exchange Commission
William J. Hanlon, Esquire
Keith M. Zurzada, Esquire
Peter J. Haley, Esquire
Secretary of Treasury
Michelle McMahon, Esquire
J. Gregory Milmoe, Esquire
Shana A. Elberg, Esquire
Tennessee Department of Revenue c/o TN Attorney General's Office
Norman L. Pernick, Esquire
James E. O'Neill, Esquire
Kathleen P. Makowski, Esquire
Timothy P. Carins, Esquire
US Trustee's office
Justin E. Rawlins, Esquire


COOPER LEVENSON, PA

/s/Margie Valles
MARGIE VALLES